IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY ADAMS,<br>    Plaintiff, | : | CIVIL ACTION NO. 3:15-cv-1321 |
| v. | : | |
| NANCY A. GIROUX, et al.<br>    Defendants. | :<br>:<br>: | (Conner, C. J.)<br>(Saporito, M.J.) |

FILED
WILKES BARRE
APR 0 6 2016
Per____MS

## ORDER

AND NOW, this 6th day of April, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 39), is DENIED WITHOUT PREJUDICE.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: April 6, 2016