IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY ADAMS,** | : CIVIL ACTION NO. 1:15-CV-1321 |
| Plaintiff | : |
| | : (Chief Judge Conner) |
| v. | : |
| **NANCY A. GIROUX**, *et al.*, | : |
| Defendants | : |

## **ORDER & JUDGMENT**

AND NOW, this 9th day of February, 2017, upon consideration of the report (Doc. 69) of Magistrate Judge Joseph F. Saporito, Jr., wherein Judge Saporito recommends that the court grant defendants' motion (Doc. 60) for summary judgment and enter judgment in favor of all defendants and against plaintiff Troy Adams ("Adams") as to all claims asserted in Adams' *pro se* civil rights complaint (Doc. 1), and the court noting that Adams has objected (Doc. 72) to the report, see FED. R. CIV. P. 72(b)(2), and, following a *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing 28 U.S.C. § 636(b)(1)(C); Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989)), and applying a clear error standard of review to the uncontested portions, see Cruz v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court finding Judge Saporito's analysis to be thorough, well-reasoned, and

fully supported by the record, and finding Adams' objection (Doc. 72) to be without merit and squarely addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 69) of Magistrate Judge Saporito is ADOPTED.

2. Defendants' motion (Doc. 60) for summary judgment is GRANTED.

3. Judgment is ENTERED in favor of defendants and against plaintiff on all claims raised in plaintiff's *pro se* complaint.

4. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania